UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-7334

———————

KAVON MCCALLISTER,

Petitioner - Appellant,

versus

AL HAYNES, Warden,

Respondent - Appellee.

———————

No. 04-7335

———————

KAVON MCCALLISTER,

Petitioner - Appellant,

versus

AL HAYNES, Warden,

Respondent - Appellee.

———————

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Chief District Judge. (CA-03-137-1; CA-03-214-1)

———————

Submitted: December 16, 2004      Decided: December 22, 2004

———————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————————

Kavon McCallister, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kavon McCallister, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>McCallister v. Haynes</u>, No. CA-03-137-1; CA-03-214-1 (N.D.W. Va. July 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>